UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION


| | |
|---|---|
| **AMERISURE MUTUAL INSURANCE COMPANY,** | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) No. 4:04CV430-DJS ) |
| **PARIC CORPORATION, ESA MANAGEMENT, INC., and ESA MISSOURI, INC.,** | ) ) ) ) |
| Defendants. | ) |

## PARTIAL JUDGMENT

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that, with respect to plaintiff's duty to defend defendant Paric, summary judgment is entered against plaintiff and for defendants on plaintiff's claim and Count I (Declaratory Judgment) of defendant Paric's counterclaim.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that plaintiff has a duty to defend defendant Paric in the St. Louis County case bearing case number 03CC-3082, the St. Charles County case bearing case number 04CV124346, and the Greene County case bearing case number 103CC3419.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that, with respect to plaintiff's duty to indemnify defendant Paric in the aforementioned three underlying actions, plaintiff's claim and

Count I (Declaratory Judgment) of defendant Paric's counterclaim are dismissed without prejudice as not yet ripe.

Dated this  21st  day of October, 2005.

                                      /s/Donald J. Stohr
                                      UNITED STATES DISTRICT JUDGE